IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAILESHKUMAR S. PATEL
and JASHOBADEN S. PATEL                                                      PLAINTIFFS

v.                              Case No. 4:22-cv-01211 KGB

UNITED STATES ATTORNEY
GENERAL, *et al.*                                                            DEFENDANTS

## ORDER

Before the Court is plaintiffs' notice of voluntary dismissal (Dkt. No. 2). Plaintiffs represent that "the underlying application(s) has been adjudicated and approved and this matter is now moot." (*Id.*). The notice accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the notice of voluntary dismissal. This action is dismissed without prejudice, and each party shall bear their own costs and fees.

It is so ordered this the 17th day of January, 2023.

_____
Kristine G. Baker
United States District Judge